Thompson, J., and Mitchell, J. Pro Tem.

[Nos. 5232–0–III; 5233–8–III.   Division Three.   November 8, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RAMON
C. MONTEZ, *Appellant.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 82–1–00269–1, 82–1–00271–3, John J. Ripple, J., entered June 10, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Thompson, J., and Mitchell, J. Pro Tem.

[No. 13803–1–I.   Division One.   November 13, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BERNARD
ARNER BRILL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–1–00319–3, Dennis J. Britt, J., entered September 23, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Ringold and Scholfield, JJ.

[No. 13664–0–I.   Division One.   November 13, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN
GRAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–02097–4, Gary M. Little, J., entered September 26, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Callow and Scholfield, JJ.